UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN E. UNDERWOOD,

    Plaintiff,

v.

CITIGROUPS, et al,

    Defendant.

Civ. No. 09-1230 (SDW)

**ORDER**

    This case having been pending since March 18, 2009 and it appearing that plaintiff having not properly effected service of summons and complaint;

    It is on this **2nd** day of **December, 2009** hereby ORDERED that Plaintiff is to properly effect service by **December 23, 2009**, and provide the Court with proof of service by **January 4, 2010**, or this matter will be closed.

                                  s/Susan D. Wigenton

                                  SUSAN D. WIGENTON, U.S.D.J.